UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 NOV 30 A 11: 34

LORETTA G. WHYTE
CLERK

| | | |
|---|---|---|
| MONNIE GREER, ET AL. | * | CIVIL ACTION NO. |
| | * | 05-0682 |
| | * | |
| VERSUS | * | SECTION: S |
| | * | MARY ANN VIAL LEMMON |
| DENBURY RESOURCES INC. AND | * | |
| GARETH ROBERTS | * | MAGISTRATE: 1 |
| * * * * * * * * * * * * * * * * * * * * * * * | | SALLY SHUSHAN |

### ORDER

Considering the foregoing Plaintiffs' Motion To Dismiss With Prejudice,

IT IS HEREBY ORDERED that the captioned case and all claims asserted therein are dismissed with prejudice with each party to bear their own costs.

New Orleans, Louisiana, this 29 day of November, 2006.

_____
U. S. DISTRICT COURT JUDGE

___ Fee_____
___ Process_____
X  Dktd_____
✓  CtRmDep_____
___ Doc. No_____